UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS KRAEMER, on behalf of Emilie Kraemer,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, et al.,<br><br>Defendants. | Civil No. 10-4868 (WJM)<br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

THIS MATTER having come before the Court on Defendants' motions to dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and Plaintiff's motions for injunctive and other relief; and for the reasons set forth in the accompanying Opinion; and for good cause appearing,

IT IS on this ___ day of September 2011, hereby,

ORDERED that Defendants' motions to dismiss are GRANTED; and it is

FURTHER ORDERED that Plaintiff's Amended Complaint is DISMISSED with prejudice; and it is

FURTHER ORDERED that any remaining motions are DENIED as moot.

William J. Martini, U.S.D.J.